JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

FEB - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADOU LAMINE DIOUF, | NO. CV 06-7452 TJH (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL B. MUKASEY, et al., | |
| Respondents. | |

IT IS ADJUDGED that the Petition is granted and petitioner shall be released on the conditions already imposed by the Immigration Judge's Order dated February 9, 2007.

DATED: _____2/6_____, 2008.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE