1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA**
10
11   AMADOU LAMINE DIOUF,              )        NO. CV 06-7452 TJH (FMO)
                                       )
12              Petitioner,            )
                                       )
13          v.                         )        **JUDGMENT**
                                       )
14   ERIC H. HOLDER, JR., United States )
     Attorney General, <u>et al.</u>,  )
15                                     )
                Respondents.           )
16   _____)
17
18       Pursuant to the Opinion and Judgment of the Ninth Circuit Court of Appeals, entered on
19   September 18, 2008, and the Mandate issued on May 6, 2009, IT IS ADJUDGED THAT the
20   Petition for Writ of Habeas Corpus is denied.
21   DATED: May 18, 2009.
22
23                                              _____
                                                TERRY J. HATTER, JR.
24                                              UNITED STATES DISTRICT JUDGE
25
26
27
28