# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| AMADOU LAMINE DIOUF,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL, *et al.*,<br><br>　　　　　　Respondents. | CV 06-7452 TJH (FMOx)<br><br><br>Order<br><br>[Document No. 75, 76] |

　　　The Court has considered Petitioner's motion for reconsideration of the Court's order denying his request for a preliminary injunction, together with the moving and opposing papers.

　　　It is Ordered that the motion be, and hereby is, Denied.

Date:  October 19, 2009

_____
Terry J. Hatter, Jr.
Senior United States District Judge